IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALFRED M. LEWIS, JR., | § | |
| | § | |
| Defendant Below- | § | No. 469, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0812009803 (N) |
| | § | |
| Plaintiff Below- | § | |
| Appellee. | § | |
| | § | |

Submitted: March 8, 2019
Decided:  March 14, 2019

## **ORDER**

It appears to the Court that, on February 19, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to file his opening brief and appendix. The appellant received the notice to show cause by February 25, 2019, but did not respond to it, and has not filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice